787 A.2d 881

IN THE MATTER OF ROBERT S. MILLER,
AN ATTORNEY AT LAW.

January 11, 2002.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 00–118, concluding that **ROBERT S. MILLER,** formerly of **EAST ORANGE,** who was admitted to the bar of this State in 1964, should be suspended from the practice of law for a period of three months for violating *RPC* 1.4(b) (failure to provide client with sufficient information to make an informed decision), *RPC* 1.5(b) (failure to provide written fee agreement), *RPC* 1.7(a), (b) and (c)(2), (conflict of interest), *RPC* 8.4(c) (conduct involving dishonesty, fraud, deceit or misrepresentation) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice); and good cause appearing;

It is ORDERED that **ROBERT S. MILLER** is suspended from the practice of law for a period of three months and until further Order of the Court; effective February 4, 2002; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent be restrained and enjoined from practicing law during the period of suspension and that respondent comply with *Rule* 1:20–20; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs incurred in the prosecution of this matter.